

# JUDGMENT

# The Fifteenth Court of Appeals

## NO. 15-24-00128-CV

HARBOR AMERICA CENTRAL, INC., Appellant

V.

WILLIAM REEVES, Appellee

Today the court heard the parties' joint motion to vacate and remand pursuant to their settlement agreement. Having considered the motion and found it meritorious, we **SET ASIDE** the trial court's judgment without regard to the merits and **REMAND** the cause to the trial court for rendition of judgment in accordance with the parties' settlement agreement.

We further order that each party shall pay its costs by reason of this appeal.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.

Judgment Rendered March 11, 2025.

Panel consists of Justices Field, Farris, and Visiting Justice Rose.
Opinion delivered Per Curiam.